IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PHILLIP DANIEL ADAMS, ) | |
| Plaintiff, ) | |
| v. ) | CV 314-056 |
| JASON MEDLIN, Warden, ) and PAT CLARK, ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Medlin from this case.

SO ORDERED this 8th day of December, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE