IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| PHILLIP DANIEL ADAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-056 |
| PAT CLARK, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

*Pro se* Plaintiff, an inmate at Wheeler Correctional Facility in Alamo, Georgia, brought the above-captioned case pursuant to 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. Before the Court is Plaintiff's motion for entry of default based on Defendant's purported failure to (1) answer or otherwise defend as to the amended complaint, (2) respond to Plaintiff's request for documents, and (3) serve of copy of the deposition transcript on Plaintiff. (Doc. no. 21.) The Court **DENIES** Plaintiff's motion for two reasons.

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Contrary to Plaintiff's assertion, Defendant timely answered Plaintiff's amended complaint on December 19, 2014. (See doc. no. 15.) Therefore, Defendant is not in default. As to the alleged failure by Defendant to respond to Plaintiff's request for

documents or serve a copy of the deposition transcript, the proper remedy is a motion to compel pursuant to Federal Rule of Civil Procedure 37 and not a motion for default.

SO ORDERED this 10th day of June, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA