IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

PHILLIP DANIEL ADAMS,

    Plaintiff,

vs.                            CV 314-056

PAT CLARK,

    Defendant.

---

## ORDER VACATING
## CJA APPOINTMENT

---

On August 7, 2015, after the Clerk's consultation with Joseph I. Marchant, Esq., of Eastman, Georgia, the presiding judge designated Mr. Marchant as attorney for the Plaintiff in this prison civil rights case. (Doc. No. 25.) Presumably in an effort to assist, the United States Magistrate Judge entered an additional order on August 17, 2015, appointing Mr. Marchant as counsel to the Plaintiff under the provisions of the Criminal Justice Act. (Doc. No. 26.) Criminal Justice Act funds cannot be used to support or maintain a civil action for monetary damages. Accordingly, the Order of the United States Magistrate Judge (doc. no. 26) is **VACATED** in its entirety.

**ORDER ENTERED** at Dublin, Georgia, this 26th day of January, 2016.

UNITED STATES DISTRICT JUDGE