ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB 12 PM 12: 11

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| PHILLIP DANIEL ADAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-056 |
| PAT CLARK, | * | |
| Defendant. | * | |

O R D E R

**TAKE NOTICE** that this case is scheduled for jury selection and trial assignment on <u>**Monday, March 21, 2016, at 9:00 a.m.**</u>, at the J. Roy Rowland Federal Courthouse in Dublin, Georgia. The parties shall file their requests to charge ten (10) days prior to jury selection. The parties are directed to confer and submit a joint and consolidated request for jury instructions to the extent practicable. A witness list and exhibit list have been filed in the case and will be used by the Court for trial purposes unless the parties submit a new list for consideration before the close of business on Wednesday, March 16, 2016.

To ensure that this bench trial starts promptly, the parties are directed to arrive no later than 8:30 a.m. to meet with the Courtroom Deputy Clerk regarding preliminary matters,

including trial exhibits and courtroom technology. Original, properly-tagged exhibits and four copies thereof shall be available at this time. To the extent that either party requires any audio/visual aids, that party is obligated to contact this Court's Department of Computer Services at 706-849-4473 by the close of business on Wednesday, March 16, 2016, to inquire about the courtroom's capability and to make any necessary arrangements.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE