# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 11  PM 2: 40

CLERK _C Adams_
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | | |
|---|---|---|
| PHILLIP DANIEL ADAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-056 |
| PAT CLARK, | * | |
| Defendant. | * | |

## O R D E R

On March 8, 2016, the parties in the captioned matter filed a "Stipulated Dismissal with Prejudice." Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of March, 2016.

UNITED STATES DISTRICT JUDGE