ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
PHILLIP DANIEL ADAMS,        *
                             *
    Plaintiff,               *
                             *
    v.                       *    CV 314-056
                             *
PAT CLARK,                   *
                             *
    Defendant.               *
```

**O R D E R**

This case having been dismissed on March 11, 2016, the Writ of Habeas Corpus ad Testificandum issued on February 29, 2016, to the Warden of Wheeler Correctional Facility is hereby **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2016.

UNITED STATES DISTRICT JUDGE